Edward Wolfe, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 22, 1953; released for publication February 19, 1954.

Halvdan Reinholdt et al., Plaintiffs Below, and Harry S. Posner, Petitioner Below, Appellee, v. Carl C. Mobrich, Defendant Below, Appellant, and Arthur S. Gomberg, Intervening Petitioner, Appellant.

Gen. No. 46,165. (Abstract of Decision.)

Samuel Nineberg for appellants; Harry S. Posner, *pro se*, appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 22, 1953; rehearing denied January 22, 1954; released for publication February 19, 1954.

Harry Lipton, Appellee, v. Pennsylvania Rubber Company, Appellant.

Gen. No. 46,024. (Abstract of Decision.)